JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALIMO MKOMA, individually, and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act;<br><br>Plaintiff,<br><br>vs.<br><br>ACE PARKING MANAGEMENT, INC., an unknown business entity; JOHN MICHAEL BAUMGARDNER, individually; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 8:21-cv-02036-JLS-KES<br><br>**ORDER REMANDING CASE TO STATE COURT** |

# ORDER

This Court, having read and considered the Parties' Joint Stipulation to Remand Case to State Court ("Stipulation"), orders as follows:

1. The parties' Stipulation is approved.
2. This case is hereby remanded to the Superior Court of the State of California for Orange County, Case No. 30-2021-01229203-CU-OE-CXC.

**IT IS SO ORDERED**.

DATED: February 07, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE